## STATE OF CONNECTICUT *v.* GREGORY B. WINOT

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 95 Conn. App. 332 (AC 25186), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that General Statutes § 53a-94 is unconstitutional as applied to the facts of this case?"

The Supreme Court docket number is SC 17696.

*Marjorie Allen Dauster,* senior assistant state's attorney, in support of the petition.

*Jon L. Schoenhorn,* in opposition.

Decided June 29, 2006

## STATE OF CONNECTICUT *v.* BRUCE FELDER

The defendant's petition for certification for appeal from the Appellate Court, 95 Conn. App. 248 (AC 25673), is denied.

*David J. Reich,* special public defender, in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.